NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PETER C. THURMAN,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3045

---

Petition for review of the Merit Systems Protection Board in No. SF-3443-12-0727-I-1.

---

## ON MOTION

---

PER CURIAM.

## ORDER

Peter C. Thurman moves to strike the Merit Systems Protection Board's informal brief. The Board opposes the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

2                               THURMAN v. MSPB

                              FOR THE COURT

                              /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court


s19